# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1002

_____

Michael Connoy

*Plaintiff - Appellant*

v.

U.S. Bank, N.A.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: November 28, 2012
Filed: December 11, 2012
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Connoy appeals the district court's[1] dismissal of his civil action challenging the foreclosure of his home. Upon careful do novo review of the issue

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

raised on appeal, <u>see</u> <u>Butler v. Bank of America, N.A.</u>, 690 F.3d 959, 961 (8th Cir. 2012), we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____